UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-20932- TURNOFF [CONSENT CASE]

ANA CAAMANO,

    Plaintiff,

v.

7 CALL CENTER INC.,
CHABAN WELLNESS LLC,
ALEJANDRO J. CHABAN, and
RONALD DAY,

    Defendants.

COLLECTIVE ACTION

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Counsel for Plaintiff, Ana Caamano and all others similarly situated, and for Defendants, 7 Call Center, Inc., Chaban Wellness LLC, Alejandro J. Chaban, and Ronald Day, stipulate to the Court's dismissal of this action with prejudice upon condition that the Court retain jurisdiction for 30 days to enforce the parties Settlement Agreement.

Respectfully submitted this 8th day of March, 2017.

| | |
|---|---|
| FAIRLAW FIRM<br>*Counsel for Plaintiff and the Collective*<br>7300 N. Kendall Drive, Suite 450<br>Miami, Florida 33156<br>Telephone: (305) 230-4884<br>Facsimile: (305) 230-4844<br><br>/s/ Brian H. Pollock, Esq.<br>Brian H. Pollock, Esq.<br>Florida Bar No. 174742<br>Brian@Fairlawattorney.com | DIANE PEREZ, P.A.<br>*Counsel for Defendants*<br>201 Alhambra Circle, Suite 1200<br>Coral Gables, Florida 33134<br>Telephone: (305) 985-5676<br>Facsimile: (305) 985-5677<br><br>/s/ Diane P. Perez, Esq.<br>Diane P. Perez, Esq.<br>Florida Bar No. 41869<br>diane@dianeperezlaw.com<br><br>TRUJILLO VARGAS ORTIZ & GONZALEZ, LLLP<br>*Co-Counsel for Defendants*<br>815 Ponce De Leon Blvd., Third Floor<br>Coral Gables, FL 33134<br>Tel: (305) 631-2528<br>Fax: (305) 631-2741<br><br>/s/Andrew J, Vargas, Esq.<br>Fla. Bar No.: 59582<br>Andrew@TrujilloVargas.com |